ing denied. JUSTICE SOUTER took no part in the consideration or decision of these petitions.

DECEMBER 1, 1990

No. 90–5839 (A–419). BEETS v. TEXAS, *ante*, p. 992. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for rehearing denied. JUSTICE MARSHALL would grant the application for stay of execution.

DECEMBER 3, 1990

No. 90–643. DAVIS v. ST. JOE PAPERMAKERS FEDERAL CREDIT UNION ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.

No. 89–1125. THORN APPLE VALLEY, INC. v. AUTO CLUB INSURANCE ASSN. Ct. App. Mich. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *FMC Corp.* v. *Holliday, ante*, p. 52.

No. 90–308. PRITCHARD v. NATIONAL TRANSPORTATION SAFETY BOARD. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the National Transportation Safety Board filed November 8, 1990.

No. 90–5550. CUFFLE v. AVENENTI ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Attorney General of Arizona in his Brief for Respondents filed November 7, 1990.

No. — – ——. BURSON v. MOYE, JUDGE. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–929. IN RE DISBARMENT OF BRIMBERRY. Disbarment entered. [For earlier order herein, see 497 U. S. 1056.]